CHARLES A. LANGDON, *Appellant, v.* ROSEALGINE A. GUY, *Respondent.* — Judgment reversed, new trial granted, costs to abide event. Opinion by LEARNED, P. J.

ROBERT S. HALE and others, *Appellants, v.* JOHN FALLON and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J., and by LEARNED, P. J., dissenting.

JOSEPH BAUM, *Respondent, v.* HARRY D. STONE, *Appellant.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

WILLIAM B. FITCH, *as Survivor, etc., Respondent, v.* WILLIAM J. BEST, *Appellant,* Impleaded, etc. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by LEARNED, P. J.

BENJAMIN STOKER, *Appellant, v.* HUBBARD M. WALTERS, *Respondent.* Judgment and order affirmed, with costs. Opinion by BOARDMAN, J.

GARRET VAN VRANKEN, *Respondent, v.* CHARLES BARTOLD and IRA E. FRAZER, *Appellants.* — Judgment of County Court reversed, and that of justice affirmed, with costs. Opinion by BOCKES, J.

GEORGE W. SHEFFIELD, *Respondent, v.* CHARLES S. CLARK, *Appellant.*

CAROLINE E. SHEFFIELD, *Respondent, v.* CHARLES S. CLARK, *Appellant.* — Judgments affirmed, with costs. Opinion by LEARNED, P. J.

ABRAM B. CLOSE, *Respondent, v.* THOMAS BRENNAN and CHARLES L. CLARK, *Appellants.*—Judgment affirmed, with costs. Opinion by BOARDMAN, J.

SETH POPE, *Respondent, v.* ELIJAH M. ALLEN, *Appellant.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

JOSEPH BECKWITH, *Respondent, v.* MARY L. BARTHOLOMEW, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

ANN M. SPARLING, *Respondent, v.* JOHN H. DIVINE and DANIEL R. BONNELL, *Appellants.* — Judgment and order reversed, new trial granted, costs to abide event. Opinion by BOARDMAN, J.